| | | |
|---|---|---|
| ATTORNEY GRIEVANCE COMMISSION | * | IN THE |
| | * | SUPREME COURT |
| v. | * | OF MARYLAND |
| | * | AG No. 23 |
| GREGORY WAYNE JONES | * | September Term, 2025 |

O R D E R

After the Attorney Grievance Commission filed its petition for disciplinary or remedial action alleging that it had received notice from the Child Support Administration that Respondent, Gregory Wayne Jones, was in arrears on his child support obligation, the Court issued its order for Mr. Jones to show cause why, pursuant to Rule 19-733(b), he should not immediately be suspended from the practice of law. Although he was served with the petition and the order to show cause, Mr. Jones did not respond to the order.

Accordingly, it is this 18th day of December 2025, by the Supreme Court of Maryland,

ORDERED that, pursuant to Md. Code Ann., Fam. Law § 10-119.3 and Maryland Rule 19-733(c), Gregory Wayne Jones is immediately suspended from the practice of law in the State of Maryland pending further order of the Court; and it is further

ORDERED that the Clerk of this Court shall provide notice of this Order in accordance with Maryland Rule 19-761.

Pursuant to the Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.



/s/ Matthew J. Fader
Chief Justice



Gregory Hilton, Clerk